IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

                              Plaintiff,                           JUDGMENT

   v.

                                                                           18-mj-95-slc

MacFARLANE PHEASANTS, INC.,

                              Defendant.
_____

On August 29, 2018, this court accepted defendant MacFarlane Pheasants, Inc. (MPI)'s guilty plea to the information filed in this case and ordered that: (1) MPI forthwith must pay a $25 special assessment and a fine of $15,000 earmarked for the North American Wetlands Conservation Fund Account (which has been done); and (2) MPI shall be banned from and shall not apply for a depredation permit for a period of five years, namely until August 29, 2023.

      Entered this 31st day of August, 2018.

                                            BY THE COURT:

                                            /s/

                                            STEPHEN L. CROCKER
                                            Magistrate Judge